UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KUWSH MUHAMMAD, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:15-cv-2808 |
| | : | |
| UNIT MANAGER LASHER; | : | |
| LIEUTENANT POLLARD; | : | |
| SERGEANT GILLIAM; | : | |
| C.O. DEBURROW; C.O. HALL, | : | |
| | : | |
| Defendants.[1] | : | |

**O R D E R**

**AND NOW**, this 5th day of October, 2016, upon consideration of Defendants' Motion to Dismiss, ECF No. 9, and for the reasons set forth in the accompanying Memorandum Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion, ECF No. 9, is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED with prejudice**;

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Defendants state that the Complaint misspells the names of several Defendants. The correct spellings, as provided by Defendants, are reflected in the caption.